```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 20639
    MARY H ORYAN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-0099


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/07/2008 and was confirmed 10/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/23/2009.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                    PAID             PAID
--------------------------------------------------------------------------------
MB FINANCIAL BANK          CURRENT MORTG            .00              .00              .00
MB FINANCIAL BANK          MORTGAGE ARRE        8337.59              .00              .00
MB FINANCIAL BANK          CURRENT MORTG            .00              .00              .00
MB FINANCIAL BANK          MORTGAGE ARRE       39213.45              .00              .00
INTERNAL REVENUE SERVICE   NOTICE ONLY        NOT FILED              .00              .00
ASSET ACCEPTANCE           UNSECURED            3380.21              .00              .00
MICHAEL O RYAN             NOTICE ONLY        NOT FILED              .00              .00
LIGHTHOUSE FINANCIAL GRO   UNSECURED             580.32              .00              .00
COMCAST                    UNSECURED          NOT FILED              .00              .00
COMCAST                    NOTICE ONLY        NOT FILED              .00              .00
COMMONWEALTH EDISON        UNSECURED             297.81              .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED             369.82              .00              .00
BALLY TOTAL FITNESS        UNSECURED            1424.69              .00              .00
PHILIP A IGOE              DEBTOR ATTY         2,500.00                            1,020.80
TOM VAUGHN                 TRUSTEE                                                    79.20
DEBTOR REFUND              REFUND                                                      .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          1,100.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,020.80
TRUSTEE COMPENSATION                                    79.20
DEBTOR REFUND                                             .00
                                 ---------------       ---------------
TOTALS                           1,100.00            1,100.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 20639 MARY H ORYAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE